This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39341**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellant,

v.

**KEITH VOLLENWEIDER,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**James Waylon Counts, District Judge**

Hector H. Balderas, Attorney General
Cole P. Wilson, Assistant Attorney General
Santa Fe, NM

for Appellant

Law Offices of Michael L. Stout
Michael L. Stout
Las Cruces, NM

for Appellee

## MEMORANDUM OPINION

**MEDINA, Judge.**

**{1}**    The State appeals from an amended judgment and sentence, entered after Defendant pled guilty to sexual exploitation of children (possession); the original judgment was amended to award Defendant 1058 days of presentence confinement credit. The State appealed the award of credit, and we issued a calendar notice proposing to affirm. The State has responded with a memorandum in opposition. We affirm.

**{2}** Without reiterating the analysis in our calendar notice, we note that we relied on *State v. Hansen*, 2021-NMCA-048, ¶ 32, 495 P.3d 1173, and *State v. Duhon*, 2005-NMCA-120, ¶¶ 3, 10-13, 138 N.M. 466, 122 P.3d 50, which held that credit should be awarded where a violation of conditions of release would subject a defendant to prosecution for escape from a community custody release program under NMSA 1978, Section 30-22-8.1 (1999). The State's memorandum in opposition asks that we revisit *Hansen* and *Duhon*. We decline the State's invitation. Accordingly, we affirm the district court.

**{3}** **IT IS SO ORDERED.**

**JACQUELINE R. MEDINA, Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**ZACHARY A. IVES, Judge**